[No. 60442-2-I.   Division One.   November 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN ANTONIO XAVIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-01348-9, Jeffrey M. Ramsdell, J., entered July 30, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[Nos. 60462-7-I; 61261-1-I.   Division One.   November 17, 2008.]

THE STATE OF WASHINGTON, *on the relation of Kristi L. Ewing, Respondent*, v. BRIAN SCHREINER, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 01-3-02208-5, Bruce Weiss, J., entered August 15, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60606-9-I.   Division One.   November 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JAMES WAMBACH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04266-7, Catherine D. Shaffer, J., entered September 19, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60644-1-I.   Division One.   November 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS R. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-00413-9, Michael Hayden, J., entered August 31, 2007. *Affirmed in part* and *remanded* by unpublished per curiam opinion.